# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARY DOTZEL,** | : | Civil No. 1:12-CV-1281 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **MICHAEL ASTRUE,** | : | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the Commissioner's decision denying the Plaintiff's application for disability benefits is upheld, and the Clerk is directed enter judgment for the Defendant and close this case.

So ordered this 22d day of April, 2014.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1